# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PRAXILIENT, INC.,

        Plaintiff,

v.                                          Case No. 08-C-1077

AMP TECHNOLOGIES, LLC, et al,

        Defendants.

## ORDER GRANTING MOTION TO COMPEL

On July 22, 2009, Defendant AMP Technologies, LLC, filed a motion seeking to compel the disclosure and production of documents required pursuant to Federal Rule of Civil Procedure 26(1)(a)(1). Specifically, defendants allege that plaintiff had failed to produce documents that were identified as relevant to the action.

More than twenty-one days have elapsed since the filing of the motion and no response has been filed. Accordingly, the motion to compel is **GRANTED**. Plaintiff is directed to produce the responsive documents to the defendants on or before July 27, 2009, or face the possibility of sanctions, including dismissal of the action.

Dated this   21st   day of July, 2009.

                                                          s/ William C. Griesbach
                                                          William C. Griesbach
                                                          United States District Judge